UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER                              Case No. 09-50779-RJK

    Debtor.                                   Chapter 7

---

RANDALL L. SEAVER,                            ADV Pro. No. 10-05003

    Plaintiff,

vs.

DENNIS E. HECKER,

    Defendant.

---

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Randall L. Seaver, Trustee, and Defendant Dennis Hecker, that Defendant Dennis E. Hecker shall have an extension of time in which to respond to the Complaint of the Plaintiff through and including March 12, 2010.

                                    LEONARD, O'BRIEN,
                                    SPENCER, GALE & SAYRE, LTD.

Dated: February 11, 2010
                                    _____
                                    Matthew R. Burton, #210018
                                    100 South Fifth Street, Suite 2500
                                    Minneapolis, Minnesota 55402
                                    Telephone: (612) 332-1030
                                    Facsimile: (612) 332-2740

                                    ATTORNEYS FOR RANDALL L.
                                    SEAVER, TRUSTEE

|  |  |
|---|---|
| Dated: February 11, 2010 | **SKOLNICK & SHIFF, P.A.**<br><br>_____<br>William R. Skolnick #137182<br>LuAnn M. Petricka #18505X<br>527 Marquette Avenue South, #2100<br>Minneapolis, MN 55402<br>(612) 677-7600<br>wskolnick@skolnick-shiff.com<br>petricka@visi.com<br><br>**ATTORNEYS FOR DENNIS E. HECKER** |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER                                              Case No. 09-50779-RJK

    Debtor.                                                Chapter 7

---

RANDALL L. SEAVER,                                            ADV Pro. No. 10-05003

    Plaintiff,

vs.

DENNIS E. HECKER,

    Defendant.

---

## ORDER
---

    Pursuant to the Stipulation between Plaintiff Randall L. Seaver, trustee, and Defendant Dennis E. Hecker, the time within which Dennis E. Hecker may timely answer or otherwise plead in response to the Trustee's complaint in this adversary proceeding is extended through March 12, 2010.

Dated: February ____, 2010        **BY THE COURT:**

                                                                                                                                 _____
                                                                                                                                 Robert J. Kressel
                                                                                                                                 United States Bankruptcy Court

UNITES STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER                                                                 Case No. 09-50779-RJK

       Debtor.                                                                                  Chapter 7

_____

RANDALL L. SEAVER,                                                              ADV Pro. No. 10-05003

       Plaintiff,

vs.

DENNIS E. HECKER,

       Defendant.

---

**CERTIFICATE OF SERVICE**

---

    I HEREBY CERTIFY that on February 11, 2010, I caused the following:

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following listed below:

Matthew R. Burton                    mburton@losgs.com

Dated: February 11, 2010             **SKOLNICK & SHIFF, P.A.**

                                         /e/ William R. Skolnick
                                         William R. Skolnick #137182
                                         LuAnn M. Petricka #18505X
                                         2100 Rand Tower
                                         527 Marquette Avenue South
                                         Minneapolis, MN 55402
                                         (612) 677-7600
                                         wskolnick@skolnick-shiff.com
                                         **ATTORNEY FOR DENNIS E. HECKER**