# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER                                       Case No. 09-50779-RJK

      Debtor.                                              Chapter 7

---

RANDALL L. SEAVER,                           ADV Pro. No. 10-05003

      Plaintiff,

vs.

DENNIS E. HECKER,

      Defendant.

---

## ORDER
---

      Pursuant to the stipulation between the parties,

IT IS ORDERED: The time within which the defendant may timely answer or otherwise plead in response to the complaint is extended through March 12, 2010.

Dated: February 12, 2010

                                                /e/ Robert J. Kressel
                                                Robert J. Kressel
                                                United States Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/12/2010*
Lori Vosejpka, Clerk, By amm, Deputy Clerk