UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                         Case No.: 09-50779

Dennis E. Hecker,

      Debtor.

Randall L. Seaver,                          Adv. No.: 10-5003

      Plaintiff,

vs.

Dennis E. Hecker,

      Defendant.

## WAIVER OF DISCHARGE

The Debtor hereby waives his discharge in this bankruptcy case and understands that the Court will enter an order denying the same pursuant to 11 U.S.C. §727(a)(10).

Dated: April 8th, 2010                     _____
                                                         Dennis E. Hecker

419770