UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

          Debtor.　　　　　　　　　BKY 09-50779

----------------------------------

Randall L. Seaver, Trustee,　　　　　ADV 10-5003

          Plaintiff,

v.　　　　　　　　　　　　　　　　　<u>JUDGMENT</u>

Dennis E. Hecker,

          Defendant.

     This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

     It is therefore Ordered and Adjudged:

     1.    The defendant's discharge is denied.

     2.    The plaintiff's amended complaint is otherwise dismissed without prejudice.

Dated: April 13, 2010　　　　　　　　　　Lori A. Vosejpka
At:    Duluth, Minnesota　　　　　　　　Clerk of Bankruptcy Court

                                        By:   /e/ Anita Miller
                                              Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/13/2010*
Lori Vosejpka, Clerk, by AMM